UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTHONY AKINS,<br><br>                    Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | CV-15-3010-FVS<br><br>ORDER REMANDING FOR FURTHER PROCEEDINGS |

**THE PARTIES** having jointly moved for remand; Now, therefore

**IT IS HEREBY ORDERED**:

1. The parties "Stipulated Motion" (**ECF No. 15**) is **granted**.

2. The plaintiff's "Motion to File Excess Pages" (**ECF No. 13**) is **denied as moot**.

3. The "Plaintiff's Motion for Summary Judgment" (**ECF No. 14**) is **denied as moot**.

**IT IS SO ORDERED**.  The District Court Executive is hereby directed to file this Order, furnish copies to counsel, and close the case.

**DATED** this 22nd day of September, 2015.

s/Fred Van Sickle

FRED VAN SICKLE

Senior United States District Judge

Order ~ 1